TOM PETRUS & MILLER, LLLC

RICHARD B. MILLER          3729-0
rmiller@tpm-hawaii.com
Telephone: (808) 792-5855
DAVID R. HARADA-STONE      6229-0
dharada-stone@tpm-hawaii.com
Telephone: (808) 792-5854
Finance Factors Center
1164 Bishop Street, Suite 650
Honolulu, Hawaii  96813
Telephone: (808) 792-5800

Attorneys for Plaintiff
MF NUT CO., LLC, fka
 MAC FARMS OF HAWAII, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| MF NUT CO., LLC, fka MAC FARMS OF HAWAII, LLC,<br><br>             Plaintiff,<br><br>   vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>             Defendant. | Civil No. CV11-00004 KSC<br>(Declaratory Judgment)<br><br>PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO DUTY TO DEFEND; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br>Trial Date: February 12, 2013 |

## PLAINTIFF'S MOTION FOR PARTIAL
## SUMMARY JUDGMENT AS TO DUTY TO DEFEND

Plaintiff MF NUT CO., LLC, fka MAC FARMS OF HAWAII, LLC ("Mac Farms") hereby moves this honorable Court for partial summary judgment as to Defendant Continental Casualty Company's duty to defend Mac Farms in an underlying employment action brought by the Equal Employment Opportunity Commission.  This motion is based on the ground that the factual allegations in the Underlying Lawsuit raise the possibility that Defendant will be liable to indemnify Plaintiff for at least some of the underlying claims.  Such possibility obligates Defendants, as a matter of law, to defend Mac Farms for all the claims asserted in the underlying lawsuit.

This motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by the Memorandum in Support of Motion attached hereto, the Separate Concise Statement of Facts filed herewith, the declarations and exhibits attached thereto, the arguments of counsel and such other matters as the Court may consider.

DATED:  Honolulu, Hawaii, May 30, 2012.

/s/David R. Harada-Stone
RICHARD B. MILLER
DAVID R. HARADA-STONE

Attorneys for Plaintiff
MF NUT CO., LLC, fka MAC FARMS OF HAWAII, LLC