# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ................................................................................ii - iii

I. INTRODUCTION ...................................................................................... 1

II. BACKGROUND ........................................................................................ 1

    A. The Policy ........................................................................................ 1

    B. The EEOC Charges ........................................................................ 10

    C. The Tender ..................................................................................... 11

    D. The Underlying Lawsuit ................................................................ 17

III. ARGUMENT ............................................................................................ 18

    A. Summary Judgment Standard ....................................................... 18

    B. General Law of Insurance Contracts ............................................ 19

    C. Because There is a Potential for Coverage, Continental Has a Duty to Defend Mac Farms ........................................................... 21

    D. Continental is Estopped from Disclaiming a Duty to Defend ...... 25

IV. CONCLUSION ........................................................................................ 26