# **TABLE OF AUTHORITIES**

## **CASES**

*AIG Hawaii Ins. Co. v. Smith*, 78 Haw. 174, 891 P.2d 261 (Haw. 1995)
   (quoting 44 Am.Jur.2d *Insurance* § 1423 (1982). ..................................25

*American Home Assur. Co. v. Allen*, 814 N.E.2d 662 (Ind.App. 2004)..................22

*Anderson v. Liberty Lobby, Inc.,* 477 U.S. 242, 106 S.Ct. 2505, 91 L.Ed.2d
   202 (1986) ................................................................................................19

*Ariz. Elec. Power Coop. v. Berkeley,* 59 F.3d 988 (9th Cir.1995) ..........................20

*Bayudan v. Tradewind Ins. Co.*, 87 Haw. 379, P.2d 1061 (Haw.App. 1998). ........22

*Burlington Ins. Co. v. Oceanic Design & Constr., Inc.,* 383 F.3d 940
   (9th Cir.2004) ..................................................................................... 20, 21

*Celotex Corp. v. Catrett,* 477 U.S. 317, 106 S.Ct. 2548, 91 L.Ed.2d 265
   (1986) ................................................................................................ 18, 19

*Dairy Road Partners v. Island Ins. Co., Ltd.,* 92 Haw. 398, 992 P.2d 93,
   at 116-17 (Haw. 2000) ............................................................................24

*Dawes v. First Ins. Co. of Haw.,* 77 Hawai'i 117, 883 P.2d 38 (1994) ............ 20, 21

*First Ins. Co. of Haw. v. State,* 66 Haw. 413, 665 P.2d 648 (Haw.1983) ...............20

*Hart v. Ticor Title Ins. Co.*, 126 Haw. 448, 272 P.3d 1215 (Haw. 2012) ..............21

*Home Insurance Co. of Illinois v. Spectrum Information Technologies, Inc.*,
   930 F.Supp. 825 (E.D.N.Y.1996) ...........................................................23

*Matsushita Elec. Indus. Co. v. Zenith Radio Corp.,* 475 U.S. 574, 106 S.Ct.
   1348, 89 L.Ed.2d 538 (1986) (footnote omitted).....................................19

*McCuen v. American Casualty Co.,* 946 F.2d 1401 (8th Cir.1991) .......................22

*Miller v. Glenn Miller Prods., Inc.*, 454 F.3d 975 (9th Cir.2006). .................... 18, 19

*Nissan Fire & Marine Ins. Co. v. Fritz Cos.,* 210 F.3d 1099 (9th Cir.2000) ..........18

*Porter v. Cal. Dep't of Corr.,* 419 F.3d 885 (9th Cir.2005) .....................................19

*Sentinel Ins. Co. Ltd. v. First Ins. Co. of Hawaii, Ltd.*, 76 Haw. 277, 875
P.2d 894 (Haw. 1994) ..................................................................................22

*Sigma Financial Corp. v. American International Specialty Lines Insurance
Co.,* 200 F.Supp.2d 697 (E.D.Mich.2001) ..........................................................23

*Snead v. Metro. Prop. & Cas. Ins. Co.,* 237 F.3d 1080 (9th Cir.2001)....................19

*Standard Oil Co. of Cal. v. Hawaiian Ins. & Guar. Co. Ltd.,* 65 Haw.
521, 654 P.2d 1345 (1982)...........................................................................21

*T.W. Elec. Serv., Inc. v. Pac. Elec. Contractors Ass'n,* 809 F.2d 626
(9th Cir.1987) ...............................................................................................19

*Trizec Prop., Inc. v. Biltmore Constr. Co., Inc.,* 767 F.2d 810
(11th Cir.1985) .............................................................................................22

## **STATUTE**

Haw.Rev.Stat. § 431:10-237 ................................................................................20

## **RULE**

Fed.R.Civ.P. 56(c)................................................................................................18