IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MF NUT CO., LLC, fka MAC FARMS OF HAWAII, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>　　　　　　Defendant. | Civil No. CV11-00004 KSC<br>(Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 30, 2012, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

| | |
|---|---|
| Harvey J. Lung, Esq. | hlung@legalhawaii.com |
| David Ronald Major, Esq. | dmajor@legalhawaii.com |
| Christopher R. Carroll, Esq. | ccarroll@cmk.com |
| Heather E. Simpson, Esq. | hsimpson@cmk.com |

Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

DATED: Honolulu, Hawaii, May 30, 2012.

       /s/David R. Harada-Stone
       RICHARD B. MILLER
       DAVID R. HARADA-STONE

       Attorneys for Plaintiff
       MF NUT CO., LLC, fka
       MAC FARMS OF HAWAII, LLC